UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-bk-04148-CCJ

In re:
RICHARD JOHN LORENZ, JR.,
    Debtor.
_____/

## AMENDMENT TO SCHEDULES B, C, F AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW the Debtor, RICHARD JOHN LORENZ, JR, by and through his undersigned attorneys, and files this its Amendment to Schedules B, C, F and Statement of Financial Affairs and in so doing states as follows:

**SCHEDULE B – PROPERTY** is amended to add and amend the following:

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

3.1 Make: Cadillac
Model: CTS
Year: 2008
Approximate mileage: 60,000
Other information:
Location: 35119 Huff Road, Eustis FL 32726

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $5,000.00

Current value of the portion you own? $5,000.00

3.2 Make: Cadillac
Model: XTS
Year: 2013
Approximate mileage: 45,000
Other information:
Location: 35119 Huff Road, Eustis FL 32726

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $15,000.00

Current value of the portion you own? $15,000.00

17. Deposits of money

Institution name:

17.2. Checking — First Green Bank, 18251 US Highway 441, Mt. Dora, FL 32757 – Account ending in xxx1076    $13,961.05

19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

Name of entity:     % of ownership:

Central Environmental Services, Inc. 100% stock     100 %     $0.00

## SCHEDULE C – THE PROPERTY YOU CLAIM AS EXEMPT is amended to add, delete and amend the following:

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 2008 Cadillac CTS 60,000 miles<br>Location: 35119 Huff Road, Eustis FL 32726<br>Line from Schedule A/B: **3.1** | $5,000.00 | ☒ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1)<br>§ 222.25(4) |
| Checking: First Green Bank, 18251 US Highway 441, Mt. Dora, FL 32757<br>Line from Schedule A/B: **17.2** | $13,961.05 | ☒ $13,961.05<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Central Environmental Services, Inc. 100% stock<br>Line from Schedule A/B: **19.1** | $0.00 | ☒ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes

## SCHEDULE F – CREDITORS WHO HAVE UNSECURED CLAIMS is amended to add the following:

**Keith Kuzner** — $1,300.00
Nonpriority Creditor's Name
8815 Conroy-Windemere Rd.
#106
Orlando, FL 32835
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Accounting Fees**

## STATEMENT OF FINANCIAL AFFAIRS is amended to add the following:

**9.** Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| PNC Equipment Finance, LLC vs. Central Environmental Services, Inc. and Richard Lorenz  2017-CA-10897-O | Civil | Circuit Court, Orange County  425 N. Orange Avenue  Orlando, FL 32801 | ☒ Pending  ☐ On appeal  ☐ Concluded |

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☒ Yes. Fill in the details for each gift.

Gifts with a total value of more than $600 per person

Person to Whom You Gave the Gift and Address:
**Skyla Ray Stefan**

Describe the gifts: $2000 to education trust for granddaughter

Dates you gave the gifts: June 2, 2018

Value: $2,000.00

Person's relationship to you: **Granddaughter**

I, RICHARD JOHN LORENZ, JR, as Debtor in this case, declare under penalty of perjury that I have read the foregoing Amendments, and it is true and correct to the best of my knowledge, information and belief.

Date: OCT 09 2018

By: RICHARD JOHN LORENZ, JR

I HEREBY CERTIFY that a true and correct copy of this Amendment to Schedules B, C, F and Statement of Financial Affairs have been furnished by U.S. Mail to all creditors on the attached creditor matrix on this 11th day of Oct., 2018.

Lawrence M. Kosto, Esquire
KOSTO & ROTELLA, P.A.
425 E. Washington Street
P.O. Box 113
Orlando, FL 32802
Tel. 407-425-3456
Fax 407-423-9002
FL Bar No. 0765325
Attorneys for Debtor
lkosto@kostoandrotella.com