UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-bk-04148-CCJ

In re:

RICHARD JOHN LORENZ, JR.,

     Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the attached Amendment to Schedules B, C, F and Statement of Financial Affairs and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines, have been furnished by U.S. Mail to Keith Kuzner, 8815 Conroy-Windemere Rd., #106, Orlando, FL 32835, this 15th day of October, 2018.

/s/ Lawrence M. Kosto
Lawrence M. Kosto, Esquire
KOSTO & ROTELLA, P.A.
Fla. Bar No.: 0765325
619 East Washington Street
Post Office Box 113
Orlando, Florida  32802
Telephone:  (407) 425-3456
Facsimile:  (407) 423-9002
Attorneys for Debtor
lkosto@kostoandrotella.com