UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-bk-04148-CCJ

In re:
RICHARD JOHN LORENZ, JR.,
    Debtor.
_____/

## AMENDMENT TO SCHEDULES B, C, F AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW the Debtor, RICHARD JOHN LORENZ, JR, by and through his undersigned attorneys, and files this its Amendment to Schedules B, C, F and Statement of Financial Affairs and in so doing states as follows:

**SCHEDULE B – PROPERTY** is amended to add and amend the following:

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

3.1 Make: Cadillac
Model: CTS
Year: 2008
Approximate mileage: 60,000
Other information:
Location: 35119 Huff Road, Eustis FL 32726

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Current value of the entire property? $5,000.00
Current value of the portion you own? $5,000.00

3.2 Make: Cadillac
Model: XTS
Year: 2013
Approximate mileage: 45,000
Other information:
Location: 35119 Huff Road, Eustis FL 32726

Who has an interest in the property? Check one
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this is community property (see instructions)

Current value of the entire property? $15,000.00
Current value of the portion you own? $15,000.00

17. Deposits of money

Institution name:

17.2 Checking — First Green Bank, 18251 US Highway 441, Mt. Dora, FL 32757 – Account ending in xxx1076     $13,961.05

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

Name of entity: Central Environmental Services, Inc. 100% stock

% of ownership: 100 %

$0.00

## SCHEDULE C – THE PROPERTY YOU CLAIM AS EXEMPT is amended to add, delete and amend the following:

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption.) | Specific laws that allow exemption |
|---|---|---|---|
| 2008 Cadillac CTS 60,000 miles Location: 35119 Huff Road, Eustis FL 32726 — Line from Schedule A/B: **3.1** | $5,000.00 | ☒ $5,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) § 222.25(4) |
| Checking: First Green Bank, 18251 US Highway 441, Mt. Dora, FL 32757 — Line from Schedule A/B: **17.2** | $13,961.05 | ☒ $13,961.05 ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(10)(A) |
| Central Environmental Services, Inc. 100% stock — Line from Schedule A/B: **19.1** | $0.00 | ☒ 100% ☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.25(1) |

3. Are you claiming a homestead exemption of more than $160,375?
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   ☒ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☒ No
       ☐ Yes

## SCHEDULE F – CREDITORS WHO HAVE UNSECURED CLAIMS is amended to add the following:

**Keith Kuzner**
Nonpriority Creditor's Name
**8815 Conroy-Windemere Rd.**
**#106**
**Orlando, FL 32835**
Number Street City State Zip Code

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Accounting Fees**

$1,300.00

## STATEMENT OF FINANCIAL AFFAIRS is amended to add the following:

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding? List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title / Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| PNC Equipment Finance, LLC vs. Central Environmental Services, Inc. and Richard Lorenz / 2017-CA-10897-O | Civil | Circuit Court, Orange County / 425 N. Orange Avenue / Orlando, FL 32801 | ☒ Pending / ☐ On appeal / ☐ Concluded |

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?
☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: **Skyla Ray Stefan** | $2000 to education trust for granddaughter | June 2, 2018 | $2,000.00 |

Person's relationship to you: **Granddaughter**

I, RICHARD JOHN LORENZ, JR, as Debtor in this case, declare under penalty of perjury that I have read the foregoing Amendments, and it is true and correct to the best of my knowledge, information and belief.

Date: OCT 0 9 2018

By: RICHARD JOHN LORENZ, JR

I HEREBY CERTIFY that a true and correct copy of this Amendment to Schedules B, C, F and Statement of Financial Affairs have been furnished by U.S. Mail to all creditors on the attached creditor matrix on this 11th day of Oct., 2018.

Lawrence M. Kosto, Esquire
KOSTO & ROTELLA, P.A.
425 E. Washington Street
P.O. Box 113
Orlando, FL 32802
Tel. 407-425-3456
Fax 407-423-9002
FL Bar No. 0765325
Attorneys for Debtor
lkosto@kostoandrotella.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:18-bk-04148-CCJ<br>Middle District of Florida<br>Orlando<br>Thu Oct 11 16:36:25 EDT 2018 | Donald J. Smyth, Jr., Trustee and Smyth Ente<br>c/o Worman & Sheffler, PA<br>2707 W. Fairbanks Avenue<br>Suite 200<br>Winter Park, FL 32789-3342 | Richard John Lorenz Jr.<br>35119 Huff Road<br>Eustis, FL 32736-8885 |
| AirGas USA, LLC<br>P.O. Box 9249<br>Marietta, GA 30065-2249 | Bank of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Barr Credit Services<br>5151 E. Broadway Blvd.<br>Ste. 800<br>Tucson, AZ 85711-3775 | Bayview Loan Servicing<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Bridgefield Employers<br>Insurance Company<br>c/o Dale Jacobs, Esquire<br>3730 Cleveland Heights Blvd.<br>Lakeland, FL 33803-0212 |
| Centev-02<br>c/o AFCO<br>5600 N. River Road<br>Ste. 400<br>Des Plaines, IL 60018-5187 | Central Environmental<br>1710 N. Orange Blossom Tr.<br>Orlando, FL 32804-5603 | Central Environmental Svcs.<br>2272 Apopka Blvd.<br>Apopka, FL 32703 |
| Central Environtmental<br>1710 N. Orange Blossom Trail<br>Orlando, FL 32804-5603 | Citi<br>P.O. Box 790046<br>Saint Louis, MO 63179-0046 | Citibank/Sears<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citicards<br>Citicorp Credit Services/Attn: Central<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | David Orr, Esquire<br>5801 Ulmerton Road<br>Ste. 201<br>Clearwater, FL 33760-3951 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | Discover Personal Loan<br>Attn: Bankruptcy<br>Po Box 30954<br>Salt Lake City, UT 84130-0954 |
| Donald J. Smyth, Jr., as<br>Trustee of Smyth Lumber and<br>Smyth Enterprises, Inc.<br>6363 Edgewater Drive<br>Orlando, FL 32810-4711 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | IPFS<br>P.O. Box 412086<br>Kansas City, MO 64141-2086 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | Lake County Tax Collector<br>320 Main Street #A<br>Tavares, FL 32778-3831 | Lake County Tax Collector<br>Attn: Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| NFS Leasing, Inc.<br>900 Cummings Center<br>Ste. 226-U<br>Beverly, MA 01915-6183 | Orange County Tax Collector<br>Earl K. Wood, Tax Collector<br>P.O. Box 2551<br>Orlando, FL 32802-2551 | Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 |

| | | |
|---|---|---|
| Robert B. Worman, Esquire<br>2707 W. Fairbanks Ave.<br>Ste. 200<br>Winter Park, FL 32789-3342 | Royal Flush<br>P.O. Box 161418<br>Altamonte Springs, FL 32716-1418 | Seacoast Bank<br>P.O. Box 912<br>Stuart, FL 34995-0912 |
| Synchrony Bank/Lowes<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | The Bank of New York Mellon<br>c/o Christopher T. Peck, Esq<br>1615 S. Congress Avenue<br>Ste. 200<br>Delray Beach, FL 33445-6326 |
| US Bank/RMS CC/AAA Dollars<br>Attn: Bankruptcy<br>Po Box 5229<br>Cincinnati, OH 45201-5229 | Waterlogic USA Inc. - Northeast<br>BARR Credit Services<br>5151 E. Broadway Blvd., Ste. 800<br>Tucson, AZ 85711-3775 | Wells Fargo<br>MAC S4101-08D<br>P.O. Box 29482<br>Phoenix, AZ 85038-9482 |
| Marie E. Henkel +<br>3560 South Magnolia Avenue<br>Orlando, FL 32806-6214 | Lawrence M Kosto +<br>Kosto & Rotella, P.A.<br>619 East Washington Street<br>Orlando, FL 32801-2969 | Robert B Worman +<br>Worman & Sheffler, P.A.<br>2707 West Fairbanks Avenue<br>Suite 200<br>Winter Park, FL 32789-3342 |
| United States Trustee - ORL7/13 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Wanda D Murray +<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 | Rachel L Ahlum +<br>Aldridge Pite LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305-1636 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
ATTN: Bankruptcy
P.O. Box 982238
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Bayview Loan Servicing LLC, As Servicer Fo | (u)Bayview Loan Servicing, LLC | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients     2<br>Total                  46 |