# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 18-04148 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Richard John Lorenz, Jr. | | | | Date Filed (f) or Converted (c): | 07/12/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2018 |
| For Period Ending: | 02/21/2019 | | | | Claims Bar Date: | 12/24/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 35119 Huff Road Eustis Fl 32726-0000 Lake | 1,300,000.00 | 9,599.18 | | 0.00 | 9,599.18 |
| 2. 2008 Cadillac CTS Mileage: 60,000 Location: 35119 Huff Road, Eustis Fl 32726 VIN 1G6KD57Y18U167917 | 5,000.00 | 0.00 | OA | 0.00 | FA |
| 3. 2011 Cadillac XTS Mileage: 45,000 Location: 35119 Huff Road, Eustis Fl 32726 VIN 2G61P5S34D9100508 | 15,000.00 | 15,000.00 | | 9,000.00 | FA |
| 4. 1950 Ford Tractor Location: 35119 Huff Road, Eustis Fl 32726 | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 5. Homemade Small Trailer | 250.00 | 250.00 | | 225.00 | FA |
| 6. John Deere Jb Tractor Location: 35119 Huff Road, Eustis Fl 32726 | 3,500.00 | 3,500.00 | | 0.00 | 3,500.00 |
| 7. 1950 Ford Tractor Location: 35119 Huff Road, Eustis Fl 32726 | 1,000.00 | 1,000.00 | | 950.00 | FA |
| 8. 1950 Ford Tractor Location: 35119 Huff Road, Eustis Fl 32726 | 1,000.00 | 1,000.00 | | 900.00 | FA |
| 9. 1950 Ford Tractor Location: 35119 Huff Road, Eustis Fl 32726 | 1,000.00 | 1,000.00 | | 500.00 | FA |
| 10. Household Furniture, Computer, Tv, Location: 35119 Huff Road, Eustis Fl 32726 | 2,500.00 | 2,500.00 | | 938.50 | FA |
| 11. Books, Pictures, Collectibles Location: 35119 Huff Road, Eustis Fl 32726 | 100.00 | 100.00 | | 2,466.50 | FA |
| 12. Debtor's Clothes Location: 35119 Huff Road, Eustis Fl 32726 | 100.00 | 100.00 | | 0.00 | FA |
| 13. Tools And Machines And Lawn Mower Location: 35119 Huff Road, Eustis Fl 32726 | 6,000.00 | 6,000.00 | | 7,616.50 | FA |
| 14. Cash Location: 35119 Huff Road, Eustis Fl 32726 | 6,000.00 | 0.00 | | 0.00 | 5,600.00 |
| 15. Bank Of America Checking Account Ending In 3528 | 600.00 | 0.00 | | 0.00 | 98.44 |
| 16. Central Environmental Services, Inc. 100% Stock | 0.00 | 0.00 | | 0.00 | FA |
| 17. Loans To Company Central Environmental Services, Inc. $375,000 | 375,000.00 | 0.00 | | 0.00 | FA |
| 18. Computers, Desk, Printers, Cabinets | 500.00 | 500.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-04148 | CCJ | Judge: | Cynthia C. Jackson | Trustee Name: | Marie E. Henkel |
|---|---|---|---|---|---|---|
| Case Name: | Richard John Lorenz, Jr. | | | | Date Filed (f) or Converted (c): | 07/12/2018 (f) |
| | | | | | 341(a) Meeting Date: | 08/21/2018 |
| For Period Ending: | 02/21/2019 | | | | Claims Bar Date: | 12/24/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19.  Forklift | 500.00 | 1,000.00 | | 800.00 | FA |
| 20.  Small Amount Of Truck Parts | 1,000.00 | 1,000.00 | | 250.00 | FA |
| 21.  Livestock, Poultry, Farm Raised Location: 35119 Huff Road, Eustis Fl 32726 | 0.00 | 0.00 | | 0.00 | FA |
| 22.  2004 Thunder Motorcycle VIN 1T9C1L2684F717062 (u) | 0.00 | 6,000.00 | | 4,500.00 | FA |
| 23.  John Deere 4X2 (u) | 0.00 | 2,500.00 | | 0.00 | 2,500.00 |
| 24.  American Security Safe (u) | 0.00 | 400.00 | | 0.00 | 400.00 |
| 25.  Golf Cart and Clubcar (u) | 0.00 | 800.00 | | 275.00 | FA |
| 26.  FIRst Green Acct # 1076 (u) | 13,961.00 | 0.00 | | 0.00 | FA |
| 27.  FIREARMS (u) | 0.00 | 290.00 | | 290.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,734,011.00 | $53,539.18 | $29,211.50 | $21,697.62 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is marketing asset # 1 for short sale, and will be auctioning non-exempt assets
09/19/18 Notice of Asset
10/02/18 Motion for Relief by lender on asset # 1
10/22/18 Application to employ special counsel
       Response to Motion for Relief
10/23/18 Order authorizing employment of special counsel
10/31/18 Notice of Sale
11/19/18 Application to employ realtors
11/20/18 Order granting application to employ realtors
11/26/18 Order granting secured creditor relief, effective 2/11/19
11/29/18 Order granting application to employ appraiser
11/30/18 Application to employ auctioneer
12/03/18 Order granting application to employ auctioneer
12/22/18 Report of Sale
01/09/19 Notice of Abandonment as to asset # 2

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Trustee is considering marketing this property for short sale |
| RE PROP # | 2 | -- | 01/09/19 Notice of Abandonment |
| RE PROP # | 26 | -- | Trustee is researching whether objection to exemption should be filed |

Initial Projected Date of Final Report (TFR): 07/15/2019    Current Projected Date of Final Report (TFR): 07/15/2019

Trustee Signature:   /s/ Marie E. Henkel   Date: 02/21/2019

Marie E. Henkel
3560 S. Magnolia Ave.
Orlando, FL  32806
(407) 438-6738
mehenkel@yahoo.com